IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00367–EWN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  RHEA C. THORNE,

 Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

 This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 27, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

 **ORDERED** that the deadline for filing all motions is October 20, 2006.  All responses shall be filed by October 27, 2006.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

 **ORDERED** that a change of plea hearing is scheduled to commence at 9:45 o'clock a.m. on Thursday, **November 9, 2006**. The deadline for submitting the plea agreement and statement

1

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, <u>November 7, 2006</u>.

Dated: September 27, 2006