# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00367-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RHEA C. THORNE,

       Defendant.

## ORDER

      THIS MATTER comes before the court on the Government's Motion to Dismiss Counts Two Through Eight and Motion for Three Point Reduction for Acceptance of Responsibility Pursuant to U.S.S.G. § 3E1.1(B).

      HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

      ORDERED that the Government's motion is granted, and that Counts Two through Eight of the Indictment are hereby dismissed.

      DATED this 5th day of February, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM, Judge
                                        United States District Court